IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TIM POYNTER**  **PLAINTIFF**
**REG #21853-032**

v.     CASE NO. 2:20-CV-00197-BSM

**M. Greer,** *et al.*     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 10th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE